JOHN W. HUBER, United States Attorney (#7226)
ANDREW CHOATE, Assistant United States Attorney (#13615)
ALICIA COOK, Assistant United States Attorney (#8851)
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

FILED
U.S. DISTRICT COURT

2016 JUL -6  ᴅ 12:03

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KEEBLER,<br><br>Defendant. | Case No:<br><br>**INDICTMENT**<br><br>VIOS.<br>**18 U.S.C. § 844(f)**<br>**Attempted Damage to Federal Property by Means of Fire or Explosive;**<br><br>**18 U.S.C. § 924(c)**<br>**Carry or Possess a Firearm During a Crime of Violence.** |

The Grand Jury Charges:

Case: 2:16-cr-00323
Assigned To : Sam, David
Assign. Date : 7/6/2016
Description: USA v.

### COUNT 1
### 18 U.S.C. § 844(f)
### Attempted Damage to Federal Property by Means of Fire or Explosive

On or between May, 2015 and June 22, 2016, in the Central Division of the District of

Utah and elsewhere,

**WILLIAM KEEBLER**

the defendant herein, did intentionally and maliciously attempt to damage and attempt to destroy,

a building and other personal or real property, to wit: buildings and/or cabins in Mt. Trumbull,

Arizona, in whole and in part owned, possessed, or leased to, the United States, to wit: property owned by the United States and managed by Department of Interior, Bureau of Land Management, a department and agency of the United States, and an organization and institution receiving Federal financial assistance, by means of fire and explosive, in violation of Title 18, United States Code, Section 844(f).

### COUNT 2
### 18 U.S.C. § 924(c)
**Carry or Possess a Firearm During and in Relation to a Crime of Violence**

On or between June 20, 2016 and June 22, 2016, in the Central Division of the District of Utah and elsewhere,

**WILLIAM KEEBLER**

the defendant herein, did knowingly carry, use, and possess a firearm, that is, a Springfield XD. 45 caliber pistol and a New Frontier Armory LW 15 Rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 844(f), as alleged in Count 1; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

///

///

## NOTICE OF INTENT TO SEEK FORFEITURE

As result of the above charges alleged in the Indictment, the Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 any and all property, real and personal, which represents proceeds of, is used to facilitate, and is intended to be used to facilitate and is involved in violation of 18 U.S.C. § 924. This property includes but is not limited to: Springfield XD. 45 caliber pistol and a New Frontier Armory LW 15 Rifle.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY


JOHN W. HUBER
UNITED STATES ATTORNEY

_____
Andrew Choate
Assistant U.S. Attorney