JOHN W. HUBER, United States Attorney (#7226)
ANDREW CHOATE, Assistant U.S. Attorney (#13615)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah   84111
Telephone:   (801) 524-5682

FILED
U.S. DISTRICT COURT
2016 AUG -1  D 1: 32
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:16-CR- 00323 |
|---|---|---|
| Plaintiff, | : | ORDER ON DETENTION |
| v. | : | |
| William Keebler, | : | JUDGE DAVID SAM |
| Defendant. | : | |
| | : | |

The Court held an almost three hour evidentiary hearing on the defendant's pre-trial custody status on July 21, 2016.   During the hearing, the United States of America presented testimonial, video and demonstrative evidence regarding the defendant's risk of nonappearance and the risk of safety to any person and the community if the defendant were to be released from custody prior to trial.   The Court acknowledged the crimes that the defendant is charged under 18 U.S.C.§

844(f) and 18 U.S.C. § 924(c), and that the 18 U.S.C. § 844(f) count is indeed a "Crime of Violence" and that therefore, there is a presumption in favor of detention. The Court also acknowledged the firearm offense under 18 U.S.C. 924(c) charged in the second count of the Indictment that is predicated on the first count's status as a "Crime of Violence." The Court found that there was substantial and overwhelming evidence that the defendant should be detained pending trial and that no condition or combination of conditions would assure the appearance of the defendant and the safety of any other person and the community.

Based on this Order and the Order of the Court during the detention hearing, the defendant is hereby ordered to be detained pending trial in the custody of the United States Marshals Service. The Court further orders that the defendant be given access to privately consult with counsel during this pre-trial detention, and on order of the court the defendant shall be returned to the custody of the United States Marshal for transportation in connection with any court proceeding.

Dated this _1st_ day of ~~July~~ August, 2016.
BY THE COURT:

_____
DAVID SAM
DISTRICT COURT JUDGE